IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 1 8 2018

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 9:18CR24 |
| | § | RC/ZJH |
| BOBBY WAYNE SMITH (1), | § | |
| aka, "Howdy Doody" | § | |
| aka "Howdy Dudy"; | § | |
| LADONA JO STEWART (2), | § | |
| aka Ladona Stewart, | § | |
| aka Ladonna Stewart, | § | |
| aka Ladonna Jo Stewart, | § | Judge _____ |
| aka La Dona Stewart; | § | |
| CHELSEA PADDIE (3), | § | |
| aka "Chelly Belly", | § | |
| aka Chelsea Cheylene Paddie, | § | |
| aka Chelsea Cheylenne Paddie, | § | |
| aka Chelsey Paddie | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance)

From on or about January 1, 2018 to on or about April 30, 2018, the exact dates being unknown to the Grand Jury, in the Eastern District of Texas and elsewhere, **Bobby Wayne Smith**, aka **"Howdy Doody"**, aka **"Howdy Doody"**; **LaDona Jo Stewart**, aka **Ladona Stewart**, aka **Ladonna Stewart**, aka **Ladonna Jo Stewart**, aka **La Dona Stewart**; and **Chelsea Paddie**, aka **"Chelly Belly"**, aka **Chelsea Cheylene Paddie**, aka **Chelsea Cheylenne Paddie**, aka **Chelsey Paddie**, defendants, did knowingly and

Indictment – Page 1

intentionally conspire and agree with each other, and with persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute 5 grams or more of methamphetamine "actual", a Schedule II controlled substance.

In violation of 21 U.S.C. §846.

<u>Count Two</u>

> Violation: 21 U.S.C. § 841(a)(1); 18 U.S.C. § 2
> (Possession with Intent to Distribute a Controlled Substance; Aiding and Abetting)

On or about March 17, 2018, in the Eastern District of Texas, **Bobby Wayne Smith**, aka "**Howdy Doody**", aka "**Howdy Doody**"; **LaDona Jo Stewart**, aka **Ladona Stewart**, aka **Ladonna Stewart**, aka **Ladonna Jo Stewart**, aka **La Dona Stewart**; and **Chelsea Paddie**, aka "**Chelly Belly**", aka **Chelsea Cheylene Paddie**, aka **Chelsea Cheylenne Paddie**, aka **Chelsey Paddie**, defendants, aiding and abetting each other, did knowingly and intentionally possess with the intent to distribute 5 grams or more of methamphetamine "actual", a Schedule II controlled substance.

In violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
LAUREN GASTON
Assistant United States Attorney

7/18/2018
Date

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:18CR__ |
| BOBBY WAYNE SMITH (1), aka, "Howdy Doody" aka "Howdy Dudy"; LADONA JO STEWART (2), aka Ladona Stewart, aka Ladonna Stewart, aka Ladonna Jo Stewart, aka La Dona Stewart; CHELSEA PADDIE (3), aka "Chelly Belly", aka Chelsea Cheylene Paddie, aka Chelsea Cheylenne Paddie, aka Chelsey Paddie | § § § § § § § § § § § § § | Judge _____ |

## NOTICE OF PENALTY

### Counts One and Two

Violation:     21 U.S.C. § 846; 21 U.S.C. § 841(a)(1); 18 U.S.C. § 2

Penalty:     (Methamphetamine)
If 50 grams or more of methamphetamine (actual) its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine - imprisonment of not less than 10 years, but not more than life, a fine not to exceed $10 million (or twice any pecuniary gain to the defendant or loss to any victim), or both - supervised release of at least 5 years, but not more than life;

If 50 grams or more, but less than 500 grams of a mixture or substance containing a detectable amount of methamphetamine - imprisonment of not less than 5 years, but not more than 40 years, a fine not to exceed $5 million (or twice any pecuniary gain to the defendant or loss to any victim), or both, and supervised release of at least 4 years, but not more than life;

> If less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine - not more than 20 years imprisonment, a fine not to exceed $1 million (or twice any pecuniary gain to the defendant or loss to any victim), or both, and supervised release of at least 3 years, but not more than life.

<u>Special Assessment</u>:   $ 100.00